RONALD K. GOODRIDGE ET AL. *v.* ZONING BOARD
OF APPEALS OF THE BOROUGH
OF NEWTOWN ET AL.

*Donald A. Mitchell,* in support of the petition.

*Michael A. Zizka,* in opposition.

Decided October 12, 2000

RONALD K. GOODRIDGE ET AL. *v.* ZONING BOARD
OF APPEALS OF THE BOROUGH
OF NEWTOWN ET AL.

*Robert H. Hall,* in support of the petition.

*Michael A. Zizka,* in opposition.

Decided October 12, 2000

SUZANNE M. SEARLES *v.* NATALIE
SCHULMAN ET AL.

MCDONALD, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Suzanne M. Searles,* pro se, in support of the petition.

*Nicole D. Dorman*, in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* ROBERT HAYNES

*Louis S. Avitable*, special public defender, in support of the petition.

*Peter A. McShane*, senior assistant state's attorney, in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* JONATHAN DEBARROS

KATZ, J., did not participate in the consideration or decision of this petition.

*Judith Rossi*, executive assistant state's attorney, in support of the petition.

*John R. Gulash, Jr.*, in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* JAMES ROCCO